

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WEST COAST DEMOLITION & CONSTRUCTION INC., a California corporation.<br><br>Defendant, | CASE NO: SACV 09-01492 CJC(ANx)<br><br>Assigned to the Honorable Cormac J. Carney<br><br>**JUDGMENT** |

Upon application by plaintiffs herein for a default judgment pursuant to Fed. Rules Civ. Proc. 55(b), and it appearing to the Court that the default of defendant West Coast Demolition & Construction, Inc., a California corporation, was entered on March 11, 2010, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered, and for good cause shown,

///

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant West Coast Demolition & Construction, Inc., a California corporation, the principal amount of $56,107.40 (consisting of unpaid fringe benefit contributions of $44,580.86, liquidated damages of $5,650.77, prejudgment interest of $5,650.77, and audit fees of $225.00), attorneys' fees in the amount of $4,617.00, costs of suit in the amount of $635.34, together post-judgment interest as provided by law.

DATED: April 29, 2010

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

LAQUER, URBAN, CLIFFORD & HODGE LLP

By: /S/ - J. Paul Moorhead
    J. Paul Moorhead
Counsel for Plaintiffs